UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) | Case No.: 12-CV-02259-LHK |
| ) Plaintiff, ) | |
| v. ) | |
| ) | |
| AIMIE NGUYEN, ET AL. ) | |
| ) Defendants. ) | ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE |

On August 30, 2012, Plaintiff filed a request for additional time to complete service, as Plaintiff has thus far been unable to serve defendant despite diligent attempt.  ECF No. 10.  Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication or, in the alternative, a Notice of Voluntary Dismissal as to defendant Aimie Nguyen, individually and d/b/a Sin a/k/a Xa Lang, where service has not been made or service by publication requested.  The Case

1

Case No.: 12-CV-02259-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE

Management Conference scheduled for October 17, 2012 is hereby continued to December 5, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 4, 2012

_____
LUCY H. KOH
United States District Judge