UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | Case No.: 12-CV-02259-LHK |
| Plaintiff, | |
| v. | ORDER DENYING EX PARTE APPLICATION FOR SECOND EXTENTION OF TIME TO COMPLETE SERVICE |
| AIMIE NGUYEN, ET AL. | |
| Defendants. | |

On August 30, 2012, Plaintiff filed a request for additional time to complete service, as Plaintiff had been unable to serve Defendant despite diligent attempt. ECF No. 10. This Court granted that request on September 4, 2012. ECF No. 11. On October 1, 2012, Plaintiff filed a request for a second extension of time to complete service. ECF No. 12. Plaintiff has failed to complete service despite being granted an additional 30 days. At this point, Plaintiff has had ample time to complete service. Accordingly, Plaintiff's application for a second extension of time is DENIED with prejudice.

**IT IS SO ORDERED.**

Dated: October 2, 2012

LUCY H. KOH
United States District Judge