UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) | Case No.: 12-CV-02259-LHK |
| ) Plaintiff, ) | ORDER APPOINTING COUNSEL |
| v. ) | |
| ) AIMIE NGUYEN, et al. ) | |
| ) Defendants. ) | |

The Court hereby appoints Steven Solomon, Esq., Director of the Federal Legal Assistance Self Help Center ("FLASH"), to represent defendant Aimie Nguyen for the limited purpose of arguing the motion to dismiss set for hearing on March 14, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: February 13, 2013

_____
LUCY H. KOH
United States District Judge