UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>AIMIE NGUYEN, ET AL.<br><br>　　　　　　Defendants. | Case No.: 12-CV-02259-LHK<br><br>ORDER RE: DEFENDANT'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE |

　　　On March 12, 2013, Defendant, proceeding pro se, filed a Supplemental Request for Judicial Notice in Support of Motion to Dismiss the Complaint.

　　　Plaintiff may respond to Defendant's request before 9:00 A.M. on March 14, 2013. A substantive and procedural response, not to exceed two pages, would be helpful to the Court.

**IT IS SO ORDERED.**

Dated: March 13, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge