Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AIMIE NGUYEN, <br><br> Defendant. | CASE NO. 5:12-CV-02259-LHK <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT AIMIE NGUYEN, individually and d/b/a SIN a/k/a XA LANG |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant AIMIE NGUYEN, individually and d/b/a SIN a/k/a XA LANG, that the above-entitled action is hereby dismissed **with prejudice** against AIMIE NGUYEN, individually and d/b/a SIN a/k/a XA LANG and in its entirely.

///
///
///
///
///
///
///
///

STIPULATION OF DISMISSAL
Case No. 5:12-cv-02259-LHK
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 5/14/13

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 5/13/13
5/13/13

AIMIE NGUYEN, individually and d/b/a SIN a/k/a XA LANG
DEFENDANT

The Clerk shall close the file.

IT IS SO ORDERED:

*Lucy H. Koh*

Dated: May 14, 2013

The Honorable Lucy H. Koh
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
Case No. 5:12-cv-02259-LHK
PAGE PAGE 2